**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                    Case No.: 21-10313-AJC-
                                                          Chapter 7
Luisa Maria Fernandez

_____ Debtor(s). _____/

## MOTION TO REINSTATE CHAPTER 7

COMES NOW the Debtor(s), Luisa Maria Fernandez, by and through undersigned counsel, and files this Motion to Reinstate Chapter 13 Case and Certificate of Funds and as grounds therefore states:

1. This case was filed on January 14, 2021 and dismissed on March 12, 2021, for failure to appear at the continued Section 341 Meeting of Creditors.

2. The Section 341 Meeting of Creditors was scheduled for February 17, 2021 and continued to March 11, 2021; however, the Debtor was unable to attend both meetings and the case was subsequently dismissed.

3. The Debtor will attend the reset 341 if the Court so grants the reinstatement of her case.

WHEREFORE the undersigned respectfully requests that this Honorable Court enter an Order Granting Debtors Motion to Reinstate Chapter 7 Case, reset the 341 date, and any other relief that is just.

I HEREBY I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted on March 27, 2021.

    Robert Sanchez, Esq.
    355 West 49th St
    Hialeah, FL 33012
    Tel. (305)-687-8008

    By: */s/ Robert Sanchez*
    Robert Sanchez, Esquire
        FBN#0442161